IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JESUS F. TORRES | ) |
| | ) |
| VS. | )   CIVIL ACTION NUMBER |
| | )       7:21-CV-0141 |
| AMERICAN ZURICH INSURANCE CO. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Defendant's Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. After having reviewed said Report, along with appropriate review of Plaintiff's filing styled as "Appeal Pleading" docketed as Motion for Reconsideration, the filings captioned Medical Records (Dkt Numbers 23 and 24), and Defendant's response thereto, the Court is of the opinion that the conclusions in said Report should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 22 are hereby adopted by this Court, and Defendant's Motion to Dismiss under Rule 12(b)(1) is GRANTED. The above-captioned case is DISMISSED for lack of subject-matter jurisdiction.

The Clerk shall send a copy of this Order to the parties.
DONE this 29th day of September, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE